UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

ROBERT E. HICKS,

          Plaintiff,

v.

STATE OF NEVADA, *et al.,*

          Defendants.

CASE NO.: 3:14-CV-00352-RCJ-VPC

O R D E R

The Court has considered the Report and Recommendation of United States Magistrate (ECF #20) entered on December 9, 2014, in which the Magistrate Judge recommends the Court grant Plaintiff's Motion to Proceed *In Forma Pauperis* (ECF #1) and dismiss Plaintiff's Complaint with leave to amend.   The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #20).

IT IS HEREBY ORDERED that Plaintiff's Plaintiff's Motion to Proceed *In Forma Pauperis* (ECF #1) is GRANTED and status shall not extend to the issuance of subpoenas at government expense.  The Clerk of the Court shall detach and file the Complaint.

IT IS FURTHER ORDERED that the Complaint is DISMISSED WITH LEAVE TO AMEND.  Plaintiff shall file his amended complaint entitled "First Amended Complaint" on or before Thursday, January 15, 2015.

IT IS FURTHER ORDERED that if Plaintiff fail to file an amended complaint the Court will dismiss the Complaint with prejudice.

IT IS SO ORDERED this 9th day of January, 2015.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE